**Gary FRAKES, Plaintiff–Appellant,**

v.

**Captain Dustin OTT; Sergeant Billy Masden, Defendants–Appellees.**

**No. 15–20761**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Date Filed: 08/23/2016

Randall Lee Kallinen, Law Office of Randall L. Kallinen, P.L.L.C., Houston, TX.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

William S. Helfand, Norman Ray Giles, Lewis, Brisbois, Bisgaard & Smith, L.L.P., Houston, TX, for Defendant–Appellee Captain Dustin Ott.

Daniel Dale Plake, County Attorney's Office, Conroe, TX, for Defendant–Appellee Sergeant Billy Masden.

Before HIGGINBOTHAM, ELROD, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Officer Dustin Ott responded to a car accident on Gary Frakes's property. Frakes approached the scene of the accident, shotgun in hand. Ott drew his own weapon and called for backup. Officer Billy Masden arrived, handcuffed Frakes, searched him, and placed him in a squad car for between fifteen and thirty minutes while the officers secured the scene and investigated the accident. Frakes sued Ott and Masden, alleging violations of his Fourth and Fourteenth Amendment rights. The district court entered summary judgment for the defendants on the basis of qualified immunity.

We have reviewed the briefs, the applicable law, and pertinent portions of the record; no party requests oral argument. There is no reversible error, so the judgment is AFFIRMED, essentially for the reasons stated by the district court in its thorough opinions.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under